1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12

DIEGO NUNEZ-SHARP,

Case No. 2:18-cv-02388-DMG (SHK)

Petitioner,

13

v.

14

STUART SHERMAN, Warden,

15

Respondent.

16

**ORDER ACCEPTING FINDINGS
AND RECOMMENDATION OF
UNITED STATES MAGISTRATE
JUDGE**

17

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the

18
relevant records on file, and the Report and Recommendation ("R&R") of
19
the United States Magistrate Judge.  The Court also has engaged in *de*
20
*novo* review of those portions of the R&R to which Petitioner objected.  The
21
Court accepts the findings and recommendation of the Magistrate Judge.

22
IT IS THEREFORE ORDERED that Petitioner's Motion for a *Rhines*
23
stay relating to Petitioner's *Franklin* and Senate Bill 1437 claims is
24
DENIED, the Petition is DENIED, and Judgment be entered dismissing this
25
action with prejudice.

26

DATED:  May 14, 2020

27

_____
DOLLY M. GEE
United States District Judge

28