JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO NUNEZ-SHARP,<br><br>                    Petitioner,<br><br>          v.<br><br>STUART SHERMAN, Warden,<br><br>                    Respondent. | Case No. 2:18-cv-02388-DMG (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

DATED:  May 14, 2020

　　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　United States District Judge